IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GEORGIA STECKLEY,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN STARR, HEARTLAND PONDEROSA LIMITED PARTNERSHIP, HEARTLAND REALTY INVESTORS, INC.,<br><br>Defendants. | CV 18-127-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 20), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 24th day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1